IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: )
) Case no. 15-10164
Gary A Kendall ) Chapter 7
Kathleen C Kendall ) Hon. Pamela S. Hollis
Debtors )
) Set for December 22, 2017 at 10:00 a.m.

### NOTICE OF MOTION

TO: Attached Service List

PLEASE TAKE NOTICE that on December 22, at 10:00 a.m., I shall appear before the Honorable Pamela S. Hollis at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois, or, in her absence, before any other Judge who may be sitting in her stead, and shall then and there present the **FIRST AND FINAL APPLICATION OF SPECIAL COUNSELFOR INTERIM COMPENSATION AND REIMBURSEMENT, LIMIT NOTICE AND TO SHORTEN NOTICE,** a copy of which is attached hereto and hereby served upon you.

              Cindy M. Johnson, not individually but as
              Chapter 7 Trustee of **Gary A. Kendall and**
              **Kathleen C. Kendall**

              /s/ Cindy M. Johnson
Cindy M. Johnson          Chapter 7 Trustee
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois 60603
(312) 345-1306

### CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on December 6, 2017.

              /s/ Cindy M. Johnson

**SERVICE LIST**

**Electronic Mail Notice List**

- Carleen L Cignetto    cignettolaw@gmail.com, lcr67785@notify.bestcase.com
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Andrew J Nelson    anelson@atty-pierce.com, northerndistrict@atty-pierce.com
- Rachael A Stokas    ND-Two@il.cslegal.com
- William T Surin    aslaw@mchsi.com
- Toni Townsend    toni.townsend@mccalla.com, northerndistrict@mccalla.com

**Manual Notice List**

**By Email**

Thomas K Mowery tmowery@heathindustrial.com
Kim Wirtz    kim@kimwirtz.com

**US Mail**

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181

Cavalry Spv I, LLC
Assignee of Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0025

First National Bank of Omaha
c/o Cory J. Rooney
4885 S. 118th Street, Ste 100
Omaha, NE 68137

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Portfolio Recovery Associates, LLC
successor to CITIBANK, N.A. (SEARS)
POB 41067
Norfolk VA 23541

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-033

Gary A Kendall
Kathleen C Kendall
260 N MAIN ST
SENECA, IL  61360

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re                                    )       Bankruptcy No. _____
                                         )
                                         )       Chapter          _____
                                         )       Hon Pamela Hollis
                    Debtor.              )       Joliet

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:   $_____

Amount of Expense Reimbursement Sought:   $_____

This is an:       Interim Application _____          Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____         _____
                                                                  (Cindy M. Johnson, Trustee)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case no. 15-10164 |
| Gary A Kendall ) | Chapter 7 |
| Kathleen C Kendall ) | Hon. Pamela S. Hollis |
| Debtors. ) | |
| ) | Set for December 22, 2017 at 10:00 a.m. |

**FIRST AND FINAL APPLICATION OF SPECIAL COUNSEL
FOR INTERIM COMPENSATION AND REIMBURSEMENT, LIMIT NOTICE
AND TO SHORTEN NOTICE**

Carleen L. Cignetto, and the firm of Carleen L. Cignetto, Attorney at Law (collectively "Applicant"), attorneys for Cindy M. Johnson (the "Trustee"), not individually but as Trustee of the estate of Gary A Kendall and Kathleen C Kendall (the "Estate"), pursuant to Sections 330 and 331 of the United States Bankruptcy Code (the "Code"), respectfully applies to this Honorable Court for an award of final compensation and final costs in the amount of $1,387.00 and asks that it grant such other and further relief as the Court upon hearing shall deem just and equitable;

IN SUPPORT WHEREOF, Applicant states, and respectfully urges the Court to find, as follows:

**BACKGROUND**

1. On March 21, 2015 the Debtors filed a Voluntary Petition For Relief, according to the provisions of Chapter 7 of the Code and Trustee was appointed to administer the assets of the Estate.

2. Trustee determined she needed assistance with respect to Trustee's efforts to administer real property located at 101 Campbell, Ransom, IL 60470 (the "Property"), as Trustee required an attorney experienced in handling real estate closings.

3. On May 27, 2016, an order was entered authorizing the employment of Applicant as Special Litigation Counsel for Trustee to perform all legal services necessary or required relating to Trustee's attempts to sell and/or sale of the Estate's interest in real property (the "Employment Date".

4. At the time of her retention, Applicant agreed to represent the Trustee as her legal counsel as aforesaid in consideration of such compensation and reimbursement as the Court might allow upon applications made pursuant to Section 330 or 331 of the Code.

5. Applicant regularly made and kept records of services rendered on behalf of the Estate, including a summary or description of the services rendered; the date the services were rendered; and the time expended to render the services, in one-tenth-hour increments.

6. The records were made by Applicant, at or about the time the services were rendered, by means of entering them into Applicant's billing software program, and by reviewing them on a monthly basis for accuracy after.

7. Under this Application, Applicant is also seeking a final award for reimbursement of expenses incurred on behalf of the Trustee. Details regarding those expenses are set forth later in this application.

## SUMMARY OF SERVICES RENDERED

8. Since the Employment Date, through December 1, 2017 Applicant has rendered 4.6 total hours of attorney service and 1.0 hours of administrative services on behalf of the Trustee for which final compensation is sought. All services were rendered by Carleen L. Cignetto at an hourly rate of $250.00 per hour for attorney services and $75.00 for administrative services to assist Trustee with Trustee's administration/sale of the Property. A chronological summary of the services rendered and expenses incurred is attached hereto is attached hereto, identified as Exhibit A and incorporated herein by reference.

9. Carleen L. Cignetto became licensed as an attorney in 1986 and has She has concentrated her legal practice in the area of debtor bankruptcy, trustee representation, real estate closings, and general litigation.

10. Applicant seeks interim compensation in the amount of $1,150.00 for 4.6 hours of attorney services rendered by Carleen L. Cignetto and $75.00 for 1.0 hours of administrative services.

11. The costs incurred by Applicant on behalf of the Trustee are also included in Exhibit A.  These costs are all costs directly related to Applicant's services to the Trustee.  These costs include any filing fee, photocopies (at $.26 per copy), and postage.

12. Applicant does not seek reimbursement of expenses incurred for routine postage, facsimile transmissions, local or long distance telephone calls or other such administrative functions, although Applicant has incurred such costs in connection with services it rendered on behalf of the Trustee.

13. Applicant seeks reimbursement for expenses in the amount of $162.00.

## STATEMENTS AS TO OTHER MATTERS

14. All services for which Applicant seeks interim compensation hereunder were rendered by Applicant solely on behalf of the Trustee.

15. The rate of compensation Applicant requests for services rendered to the Trustee is the standard rates other attorneys of similar experience, expertise and reputation generally seek as compensation for comparable services rendered in connection with bankruptcy proceedings within this District.

16. Applicant has no agreement or understanding with any person, firm or entity with respect to any determination about the amount of compensation or reimbursement Applicant shall receive for services Applicant renders or expenses Applicant incurs on behalf of the Trustee.

17. No person, firm or entity has promised to provide Applicant any compensation or reimbursement for services Applicant renders or expenses Applicant

incurs on behalf of the Trustee. The exclusive source of such compensation and reimbursement, if any, shall be the available funds of the Debtor's Estate.

18. Except as permitted by Section 504(b) of the Code, Applicant has neither shared nor agreed to share with any person, firm or entity, any compensation or reimbursement Applicant may receive for services rendered or expenses incurred on behalf of the Trustee.

19. Applicant has provided 16 days notice of this Application to Debtor, Debtor's attorney, all parties entitled to notice who are listed on the CM/ECF service list and all creditors who have filed claims (as the bar date has passed) pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure.

20. Since in this Chapter 7 case, more than 90 days has passed since the first date set for the meeting of creditors, this Court has authority to allow notice of this motion to be sent only to the debtors, the United States Trustee, to other parties in interest and to only creditors who have filed claims in this case (there being no creditors who have the right to an extension to file claims). See Rule 2002(h) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the Applicant, Carleen L. Cignetto and the law firm of Carleen Cignetto, Attorney at Law, respectfully pray this Honorable Court to grant relief, after hearing upon notice as provided by Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure, as follows:

> **I.** To award Applicant final compensation in the amount of $1,225.00 for hourly fees earned;
>
> **II.** To allow Applicant reimbursement of costs expended in the amount of $162.00;
>
> **III.** To direct the Trustee to disburse said fees and costs to Applicant promptly;
>
> **IV.** Authorizing under Rule 2002(h) of the Federal Rules of Bankruptcy Procedure that notice of this application need only to have been sent to debtors, the United States Trustee, to other parties in interest and to

> only creditors who have filed claims in this case and finding that the notice that has been sent is, therefore, sufficient;

**V.** Notice is shortened to the 16 days' notice given of this motion to Debtors, Debtors counsel, the U.S. Trustee, and to all creditors who have filed claim, and said notice is deemed adequate; and

**VI.** To grant the Applicant such other and further relief as the Court upon hearing shall deem just and equitable.

        Respectfully Submitted,
        CARLEEN L. CIGNETTO and the law firm of
        CARLEEN L. CIGNETTO, ATTORNEY AT LAW


        BY:  /s/ Carleen L. Cignetto


Carleen L. Cignetto
Carleen L. Cignetto, Attorney at Law
2 Dearborn Square, #2
Kankakee, IL 60901
(815) 937-5530

Carleen L. Cignetto, Attorney at Law
2 DEARBORN SQ STE 2
KANKAKEE, IL 60901
(815)9375530
cignettolaw@gmail.com

# INVOICE

**BILL TO**
Gary and Kathleen Kendall
Attn: Cindy Johnson
140 S Dearborn, Suite 1510
Chicago, IL 60603

**INVOICE #** 1478
**DATE** 11/30/2017
**DUE DATE** 11/30/2017
**TERMS** Due on receipt

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 02/13/2017 | Services<br>reviewed Sale contract and prepared addendum 1.0 | 250.00 |
| 06/20/2017 | Services<br>Prepared Motion to Sell Property 1 hrs | 250.00 |
| 06/20/2017 | Copy costs<br>50 Copies 11 pages at $.25 per page | 137.50 |
| 06/20/2017 | Services<br>stuff envelopes Admin 1.0 | 75.00 |
| 06/21/2017 | Postage<br>50 @ $.49 | 24.50 |
| 07/21/2017 | Services<br>Court appearance Motion to Sell Property .3hr | 75.00 |
| 11/20/2017 | Services<br>Prepare Deed and POA for Trustee Signature 1.0 hr | 250.00 |
| 11/20/2017 | Services<br>email to Trustee with Deed and POA requesting signatures .1hr | 25.00 |
| 11/22/2017 | Services<br>Attendance at closing 1.0 hrs | 250.00 |
| 11/22/2017 | Services<br>Prepared and filed Notice of Sale .2hrs | 50.00 |

**BALANCE DUE** **$1,387.00**



Exhibit A