# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: | § | |
| | § | |
| Gary A Kendall | § | Case No. 15-10164 |
| Kathleen C Kendall | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/21/2015 . The undersigned trustee was appointed on 03/21/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $        24,092.36

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2,599.72 |
| Bank service fees | 945.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]              $ | 20,547.57 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  09/16/2015  and the deadline for filing governmental claims was  09/17/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,159.24 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,159.24 , for a total compensation of $ 3,159.24 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 222.00 , for total expenses of $ 222.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 03/06/2019_____     By:/s/Cindy M. Johnson, Trustee_____
                                            Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---
[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-10164 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Gary A Kendall | | | | | Date Filed (f) or Converted (c): | 03/21/2015 (f) |
| | Kathleen C Kendall | | | | | 341(a) Meeting Date: | 04/13/2015 |
| For Period Ending: | 03/06/2019 | | | | | Claims Bar Date: | 09/16/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Debtors' primary single family residence located at 260 N Ma | 30,000.00 | 1,500.00 | | 0.00 | FA |
| 2. Rental Property- home located at 216 E Superior Street in Ot | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 3. Vacant home located at 108 Plumb Street in Ransom Illinois; | 95,000.00 | 3,500.00 | | 0.00 | FA |
| 4. Vacant Lot located at 101 Campbell St, Ranson, Illinois; PIN | 6,000.00 | 5,500.00 | | 5,500.00 | FA |
| 5. Cash on Hand | 380.00 | 0.00 | | 0.00 | FA |
| 6. Cash on Hand | 80.00 | 0.00 | | 0.00 | FA |
| 7. Checking, savings or other financial accounts, certificates | 3.00 | 0.00 | | 0.00 | FA |
| 8. Checking, savings or other financial accounts, certificates | 150.00 | 0.00 | | 0.00 | FA |
| 9. Household goods and furnishings, including audio, video, and | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. Books, pictures and other art objects; antiques; stamp, coin | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Wearing apparel. | 150.00 | 0.00 | | 0.00 | FA |
| 12. Automobiles, trucks, trailers, and other vehicles and access | 5,000.00 | 0.00 | | 5,000.00 | FA |
| 13. Automobiles, trucks, trailers, and other vehicles and access | 5,000.00 | 0.00 | | 0.00 | FA |
| 14. Automobiles, trucks, trailers, and other vehicles and access | 17,000.00 | 13,500.00 | | 13,500.00 | FA |
| 15. Anticipated Tax Refund For 2014 Tax Year (u) | 616.00 | 0.00 | | 0.00 | FA |
| 16. IL Treasurer-unclaimed property (u) | 0.00 | 92.36 | | 92.36 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $182,879.00 | $44,092.36 | | $24,092.36 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sale of estate's interest in vehicles allowed (order 3/7/16, doc. 33), Report of Sale filed (6/3/16, doc. 42). Proceeds received.  Trustee sold vacant land in Seneca, IL (sale approved 7/21/17 doc. 49).  Report of Sale Filed (11/22/17 doc. 52)  Final estate tax returns mailed 9/26/18. Finally received IRS's "no action" letters 2/1/19. TFR submitted 2/11/19

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 260 N Main St, Seneca IL, Property (debtor's homestead, insufficient value to liquidate) |
| RE PROP # | 2 | -- | 216 E Superior Street, Ottawa, IL; Free SImple Ownership . MFR granted - order of foreclosure entered pre petition. |
| RE PROP # | 3 | -- | 108 Plumb St, Ransom, IL; Fee Simple Ownership. MFR was granted 5/1/15 |
| RE PROP # | 4 | -- | 101 Campbell St, Ransom, IL - closed on sale in November 2017 |
| RE PROP # | 5 | -- | Cash on Hand |
| RE PROP # | 6 | -- | Cash on Hand |
| RE PROP # | 7 | -- | Checking Account #:******5491 @ First Midwest Bank, 224 N Main St, Seneca, IL 61360 |
| RE PROP # | 8 | -- | Checking Account # ******3192 @ First Midwest Bank, 224 N Main St, Seneca, IL 61360 |
| RE PROP # | 9 | -- | Household furniture and furnishings located at 260 N Main St, Seneca IL |
| RE PROP # | 10 | -- | Collectibles located at 260 N Main St. Seneca IL |
| RE PROP # | 11 | -- | Clothing |
| RE PROP # | 12 | -- | 1929 Mercedes Gazelle Replica -report of sale, doc. 42 |
| RE PROP # | 13 | -- | 2005 Jeep Grand Cherokee with 93,000 miles in fair condition (exemption amended 4/26/16 to claim full value that Trustee's broker estimated) |
| RE PROP # | 14 | -- | 2012 Dodge Ram with 77,000 miles titled in Kendall Restoration and Gary A Kendall - report of sale, dock 42 |
| RE PROP # | 15 | -- | On 4/24/16 exemption amended to exempt this in full. |
| RE PROP # | 16 | -- | Monies held by the Illinois Treasurer - unclaimed property division |

Initial Projected Date of Final Report (TFR): 12/19/2016          Current Projected Date of Final Report (TFR): 12/20/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 15-10164 | Trustee Name: Cindy M. Johnson, Trustee | |
| Case Name: Gary A Kendall | Bank Name: BOK Financial | |
| Kathleen C Kendall | Account Number/CD#: XXXXXX0176 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1675 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/06/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/05/16 | 16 | Leslie Geissler Munger Comptroller - State of Illinois 325 West Adams Street Springfield, IL 62704-1871 | IL Treasurer-unclaimed property Monies held by the Illinois Treasurer - unclaimed property division | 1229-000 | $92.36 | | $92.36 |
| 04/14/16 | | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Liquidation of Assets 2012 Dodge Ram 1500 and 1974 Gazelle Replica | | $18,500.00 | | $18,592.36 |
| | | | Gross Receipts $18,500.00 | | | | |
| | 12 | | Automobiles, trucks, trailers, and other vehicles and access $5,000.00 | 1129-000 | | | |
| | 14 | | Automobiles, trucks, trailers, and other vehicles and access $13,500.00 | 1129-000 | | | |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.61 | $18,581.75 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.54 | $18,554.21 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.61 | $18,527.60 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.46 | $18,500.14 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.42 | $18,472.72 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.49 | $18,446.23 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.34 | $18,418.89 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.42 | $18,392.47 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $18,592.36 $199.89

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit B |
|---|---|---|---|---|---|---|
| Case No: 15-10164 | | | Trustee Name: Cindy M. Johnson, Trustee | | | |
| Case Name: Gary A Kendall | | | Bank Name: BOK Financial | | | |
| Kathleen C Kendall | | | Account Number/CD#: XXXXXX0176 | | | |
| | | | Checking | | | |
| Taxpayer ID No: XX-XXX1675 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 03/06/2019 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.26 | $18,365.21 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.29 | $18,337.92 |
| 02/21/17 | 101 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | 2017 Blanket Bond | 2300-000 | | $5.73 | $18,332.19 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.61 | $18,307.58 |
| 03/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.21 | $18,280.37 |
| 04/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.29 | $18,254.08 |
| 05/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.13 | $18,226.95 |
| 06/21/17 | 102 | Clerk of the United States Bankruptcy Court 219 S. Dearborn Chicago, IL 60604 | Filing fee | 2700-000 | | $181.00 | $18,045.95 |
| 06/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.17 | $18,019.78 |
| 07/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.78 | $17,993.00 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.74 | $17,966.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:                    $0.00          $426.21

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-10164
Case Name: Gary A Kendall
           Kathleen C Kendall

Taxpayer ID No: XX-XXX1675
For Period Ending: 03/06/2019

Trustee Name: Cindy M. Johnson, Trustee
Bank Name: BOK Financial
Account Number/CD#: XXXXXX0176
              Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.84 | $17,940.42 |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.66 | $17,913.76 |
| 11/22/17 | | Chicago Title and Trust Company 605 E Etna Road Ottawa, IL | Sale of Real Property | | $4,324.11 | | $22,237.87 |
| | | | Gross Receipts                    $5,500.00 | | | | |
| | | LaSalle County Property taxes | ($127.14) | 2820-000 | | | |
| | | Chicago Title and Trust Company | ($773.75) | 2500-000 | | | |
| | | Centrury 21 Affiliated | ($275.00) | 3510-000 | | | |
| | 4 | | Vacant Lot located at 101 Campbell St, Ranson, Illinois; PIN                    $5,500.00 | 1110-000 | | | |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.76 | $22,212.11 |
| 12/28/17 | 103 | Carleen L Cignetto CARLEEN L CIGNETTO 2 DEARBORN SQUARE SUITE 2 KANKAKEE, IL  60901 | Attorney fees | 3210-000 | | $1,150.00 | $21,062.11 |
| 12/28/17 | 104 | Carleen L Cignetto CARLEEN L CIGNETTO 2 DEARBORN SQUARE SUITE 2 KANKAKEE, IL  60901 | Attorney expenses | 3220-000 | | $79.50 | $20,982.61 |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.92 | $20,949.69 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:                    $4,324.11                    $1,340.68

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-10164 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Gary A Kendall | Bank Name: BOK Financial |
| Kathleen C Kendall | Account Number/CD#: XXXXXX0176 |
| | Checking |
| Taxpayer ID No: XX-XXX1675 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/06/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.55 | $20,918.14 |
| 02/15/18 | 105 | International Sureties, LTD Suite 420 701 Poydras St New Orleans, LA 70139 | 2018 Blanket Bond | 2300-000 | | $7.60 | $20,910.54 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.07 | $20,882.47 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.03 | $20,851.44 |
| 04/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.99 | $20,821.45 |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.94 | $20,790.51 |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.90 | $20,760.61 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.85 | $20,729.76 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.81 | $20,698.95 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.77 | $20,669.18 |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.72 | $20,638.46 |
| 11/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.68 | $20,608.78 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals:                                                    $0.00        $340.91

Case 15-10164   Doc 60   Filed 03/07/19   Entered 03/07/19 11:07:53   Desc Main
Document   Page 9 of 17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 15-10164 | | | Trustee Name: Cindy M. Johnson, Trustee | | | |
| Case Name: Gary A Kendall | | | Bank Name: BOK Financial | | | |
| Kathleen C Kendall | | | Account Number/CD#: XXXXXX0176 | | | |
| | | | Checking | | | |
| Taxpayer ID No: XX-XXX1675 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 03/06/2019 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.63 | $20,578.15 |
| 01/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.58 | $20,547.57 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $22,916.47 | $2,368.90 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $22,916.47 | $2,368.90 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $22,916.47 | $2,368.90 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*        Page Subtotals:        $0.00        $61.21

Case 15-10164    Doc 60    Filed 03/07/19    Entered 03/07/19 11:07:53    Desc Main
Document      Page 10 of 17

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0176 - Checking | $22,916.47 | $2,368.90 | $20,547.57 |
| | $22,916.47 | $2,368.90 | $20,547.57 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,175.89 |
| Total Net Deposits: | $22,916.47 |
| Total Gross Receipts: | $24,092.36 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-10164

Date: March 6, 2019

Debtor Name: Gary A Kendall

Claims Bar Date: 9/16/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $3,159.24 | $3,159.24 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $222.00 | $222.00 |
| 100 2500 | Chicago Title and Trust Company | Administrative | | $0.00 | $773.75 | $773.75 |
| 100 2700 | Clerk of the United States<br>Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Administrative | | $0.00 | $181.00 | $181.00 |
| 100 2820 | LaSalle County Property taxes | Administrative | | $0.00 | $127.14 | $127.14 |
| 100 3210 | Carleen L Cignetto<br>CARLEEN L CIGNETTO<br>2 DEARBORN SQUARE<br>SUITE 2<br>KANKAKEE, IL 60901 | Administrative | order approving at doc. 54 | $1,225.00 | $1,150.00 | $1,150.00 |
| 100 3220 | Carleen L Cignetto<br>CARLEEN L CIGNETTO<br>2 DEARBORN SQUARE<br>SUITE 2<br>KANKAKEE, IL 60901 | Administrative | order approving at doc. 54 | $162.00 | $79.50 | $79.50 |
| 100 3410 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $2,899.74 | $2,899.74 |
| 100 3420 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $53.80 | $53.80 |

Printed: March 6, 2019

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-10164                                                                    Date: March 6, 2019
Debtor Name: Gary A Kendall
Claims Bar Date: 9/16/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3510 | Century 21 Affiliated | Administrative | | $0.00 | $275.00 | $275.00 |
| 100 3620 | American Auction Associates, Inc. 5017.70 West Brittany Drive Arlington Heights, Illinois  60004 | Administrative | | $0.00 | $875.83 | $875.83 |
| 2a 280 5800 | Department Of The Treasury Internal Revenue Service Cincinnati, Oh 45999-0025 | Priority | | $1,700.00 | $11,650.00 | $11,650.00 |
| 4 280 5800 | Illinois Department Of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Priority | | $8,445.00 | $7,443.07 | $7,443.07 |
| 1 300 7100 | Commonwealth Edison Company 3 Lincoln Center Attn: Bankruptcy Department Oakbrook Terrace, Il 60181 | Unsecured | | $140.00 | $1,355.72 | $25.65 |
| 3 300 7100 | Quantum3 Group Llc As Agent For Comenity Capital Bank Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $2,061.00 | $2,188.88 | $2,188.88 |
| 5 300 7100 | Cavalry Spv I, Llc Assignee Of Capital One, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, Az 85712 | Unsecured | | $1,771.00 | $1,693.61 | $1,693.61 |
| 6 300 7100 | First National Bank Of Omaha C/O Cory J. Rooney 4885 S. 118Th Street, Ste 100 Omaha, Ne 68137 | Unsecured | | $6,227.00 | $6,227.30 | $6,227.30 |
| 7 300 7100 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A. (Sears) Pob 41067 Norfolk Va 23541 | Unsecured | | $8,537.00 | $8,756.88 | $8,756.88 |

Page 2                                              Printed: March 6, 2019

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-10164                                                                     Date: March 6, 2019

Debtor Name: Gary A Kendall

Claims Bar Date: 9/16/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8a 380 7300 | Illinois Department Of Revenue Bankruptcy Section Po Box 64338 Chicago Il 60664-0338 | Unsecured | | $1,771.00 | $1,047.52 | $1,047.52 |
| 2 400 4300 | Department Of The Treasury Internal Revenue Service Cincinnati, Oh 45999-0025 | Secured | | $52,756.00 | $58,010.80 | $58,010.80 |
| | Case Totals | | | $84,795.00 | $108,170.78 | $106,840.71 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-10164
Case Name: Gary A Kendall
            Kathleen C Kendall
Trustee Name: Cindy M. Johnson, Trustee

Balance on hand                                       $         20,547.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Department Of The Treasury | $ 58,010.80 | $ 58,010.80 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors              $            0.00

Remaining Balance                                  $        20,547.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 3,159.24 | $ 0.00 | $ 3,159.24 |
| Trustee Expenses: Cindy M. Johnson | $ 222.00 | $ 0.00 | $ 222.00 |
| Attorney for Trustee Fees: Carleen L Cignetto | $ 1,150.00 | $ 1,150.00 | $ 0.00 |
| Attorney for Trustee Expenses: Carleen L Cignetto | $ 79.50 | $ 79.50 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 2,899.74 | $ 0.00 | $ 2,899.74 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 53.80 | $ 0.00 | $ 53.80 |
| Auctioneer Expenses: American Auction Associates, Inc. | $ 875.83 | $ 0.00 | $ 875.83 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Charges: Clerk of the United States Bankruptcy Court | $ 181.00 | $ 181.00 | $ 0.00 |
| Other: Chicago Title and Trust Company | $ 773.75 | $ 773.75 | $ 0.00 |
| Other: LaSalle County Property taxes | $ 127.14 | $ 127.14 | $ 0.00 |
| Other: Centrury 21 Affiliated | $ 275.00 | $ 275.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $            7,210.61

Remaining Balance        $            13,336.96

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 19,093.07  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2a | Department Of The Treasury | $ 11,650.00 | $ 0.00 | $ 8,137.80 |
| 4 | Illinois Department Of Revenue | $ 7,443.07 | $ 0.00 | $ 5,199.16 |

Total to be paid to priority creditors        $            13,336.96

Remaining Balance        $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,892.32  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | $ 25.65 | $ 0.00 | $ 0.00 |
| 3 | Quantum3 Group Llc As Agent For | $ 2,188.88 | $ 0.00 | $ 0.00 |
| 5 | Cavalry Spv I, Llc | $ 1,693.61 | $ 0.00 | $ 0.00 |
| 6 | First National Bank Of Omaha | $ 6,227.30 | $ 0.00 | $ 0.00 |
| 7 | Portfolio Recovery Associates, Llc | $ 8,756.88 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance                                               $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,047.52  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8a | Illinois Department Of Revenue | $          1,047.52 | $              0.00 | $              0.00 |

Total to be paid to subordinated unsecured creditors        $                    0.00

Remaining Balance        $                    0.00