**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Kendall, Gary A | ) | CASE NO. 15-10164 |
| Kendall, Kathleen C | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

       I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on March 11, 2019.

Cindy M. Johnson                                                      /s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

**SERVICE LIST**

## Electronic Mail Notice List

- Carleen L Cignetto    cignettolaw@gmail.com, lcr67785@notify.bestcase.com
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Andrew J Nelson    anelson@atty-pierce.com, northerndistrict@atty-pierce.com
- Rachael A Stokas    ND-Two@il.cslegal.com
- William T Surin    aslaw@mchsi.com
- Toni Townsend    toni.townsend@mccalla.com, northerndistrict@mccalla.com

## Manual Notice List  (and see attached service list)

    Alan D Lasko & Associates PC
    alasko@adlassoc.com

    Thomas K Mowery
    tmowery@heathindustrial.com

    Kim Wirtz
    kim@kimwirtz.com

# SERVICE LIST

A T I Physical Therapy
c/o NCO Financial Systems
PO Box 15372
Wilmington, DE 19850-5372

Brian M Hughes DDS
911 N Bloomington St
Streator, IL 61364-2076

Capital One
PO Box 6492
Carol Stream, IL 60197-6492

Capitol One Bank
PO Box 71104
Charlotte, NC 28272-1104

Cavalry Spv I, LLC
Assignee of Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Chase Bank
PO Box 5153
Wilmington, DE 19808-0153

Citi Bank Sears
PO Box 183082
Columbus, OH 43218-3082

City of Ottawa
Water & Sewer Department
828 E Norris Dr
Ottawa, IL 61350-1524

City of Ottawa
Water FIltration Plant
828 E Norris Dr
Ottawa, IL 61350-1524

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Comenity -HSN
PO Box 659707
San Antoio, TX 78265-9707

Comenity Capital Bank
c/o America Coradius International LLC
2420 Sweet Home Rd, Suite 150
Amherst, NY 14228-2244

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181-4204

County Mutual Insurance Company
PO Box 2100
Bloomington, IL 61702-2100

Department of Treasury
Internal Revenue Service
Cincinnati, OH 4599

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Dr Maria Estilo
Pain Management LLC
1802 N Division St, Suite 704
Morris, IL 60450-3126

Eligijus P Lelis MD & Associates
963 N 129th Infantry Dr, Suite 110
Joliet, IL 60435-3103

First National Bank of Omaha
PO Box 3331
Omaha, NE 68103-0331

First National Bank of Omaha
c/o Cory J. Rooney
4885 S. 118th Street, Ste 100
Omaha, NE 68137-2241

First National Bank of Ottawa
701 LaSalle St
Ottawa, IL 61350-5019

Illinois Department of Employment Security
33 S State St, 10th Floor
Chicago, IL 60603-2808

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0291

Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006

Illinois Valley Waste Services
PO Box 407
Princeton, IL 61356-0407

Institiue for Personal Development
1401 Lakewood Dr, Suite A
Morris, IL 60450-3352

John's Service (a/k/a John's
Service & Sales, Inc.
119 W Walnut St
Oglesby, IL 61348-1215

Johnson Mitchell & Schneider Inc
c/o Kenneth R McEvoy
Attorney at Law
Central Life Building
628 Columbus St, Suite 107
Ottawa, IL 61350-2906

LaSalle County Treasurer
c/o MS Investments
PO Box 10432
Peoria, IL 61612-0432

LaSalle County Treasurer
c/o Real Tax Developers Ltd
PO Box 3021
Peoria, IL 61612-3021

LaSalle County Treasurer
707 E Etna Rd
PO Box 1560
Ottawa, IL 61350-5560

MB Financial Bank
6111 River Rd
Rosemont, IL 60018-5111

MiraMed Revenue Group LLC
Dept 77304
PO Box 77000
Detroit, MI 48277-0304

Morris Hospital
150 W HIgh St
Morris, IL 60450-1497

Morris Hospital
c/o Creditors Discount & Audit Co
415 Main St
Streator, IL 61364-2927

Morris Hospital
c/o Mira Med Revenue Group
991 Oak Creek Dr
Lombard, IL 60148-6408

Morris Hospital
c/o MiraMed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI 48277-0304

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

Northeast Nephrology Consultants Ltd
10660 W -143rd St, Suite B
Orland Park, IL 60462-1989

Northeast Nephrology Consultants Ltd
10660 West -143rd St, Suite B
Orland Park, IL 60462-1989

Pool Leigh & Kopko PC
Attorneys at Law
628 Columbus St, Suite 208
Ottawa, IL 61350-2917

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Ransom Water System
PO Box 33
Ransom, IL 60470-0033

Republic Services
PO Box 9001154
Louisville, KY 40290-1154

Republic Services
PO Box 900154
Louisville, KY 40290-1154

Standard Bank & Trust Company
c/o Frank J Cortina Jr
Cortina Muelle & Frobish PC
Attorneys at Law
124 W Washington St
Morris, IL 60450-2145

The First National Bank of Ottawa
c/o Codilis and Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Thrush Sanitation Service Inc
1000 Evans St
Ottawa, IL 61350-1378

Well Fargo Home Mortgage
PO Box 6423
Carol Stream, IL 60197-6423

Wells Fargo Bank, N.A.
c/o Wells Fargo Bank, N.A.
Attn: Bankruptcy Dept./MAC# D3347-014
3476 Stateview Blvd
Fort Mill, SC 29715-7200

Wells Fargo Bank, N.A.
c/o Pierce & Associates
1 N. Dearborn, Suite 1300
Chicago, IL 60602-4321

jtv.mypreferredaccount
PO Box 105658
Atlanta, GA 30348-5658