IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case # 15-10164 |
| Gary A Kendall<br>Kathleen C Kendall | Chapter 7 |
| | Honorable Pamela S. Hollis |
| **Debtors.** | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtors (listed on the below service list), at the address listed, by placing them in envelope, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on April 11, 2019.

                                                /s/ Cindy M. Johnson

Cindy M. Johnson
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, IL 60603
(312) 345-1306

## SERVICE LIST

**Manual Notice List**

Gary A Kendall
Kathleen C Kendall
260 N Main St
Seneca, Il 61360